UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 1 2 2022
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Albany

Jeffery Barrett
Kimberly Barrett           Plaintiff(s)

vs.

Lew Grubham
Chad Moran                 Defendant(s)

Civil Case No.: 3:22-cv-953 (LEK/ML)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by:  ✗ JURY   ___ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Jeff Barrett, Kimberly Barrett
   Address: 22 McAllister Road, Windsor N.Y 13865

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: _____
      Official Position: _____
      Address: _____

b. Defendant: _Lew Grubham_
   Official Position: _Supervisor_
   Address: _70 Crescent Drive_
   _Kirkwood NY 13795_

c. Defendant: _Chad Moran_
   Official Position: _Code officer_
   Address: _70 Crescent Drive_
   _Kirkwood NY 13795_

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Lew Grubham and Chad Moran did in fact force our large Animal Recesue to close it's Door's and Remove All the Animals from the place of service. This has been a place of shelter for the Horse's and other Animals that Live at this place now for the past 15 month's.

5. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Lost a Land Lease for (6 month's) By Placing our personal info. to our home we now have people coming to our home All hour's of the night

### SECOND CAUSE OF ACTION

Forced us to Rehome meny Animal's with out just couse.

### THIRD CAUSE OF ACTION

By making the Reccescue to close with A 501c-3 and N.Y. Lincee for said place

6.   **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

$250,000.00 for the risk of all the Animals and for putting my family and our Home at Risk.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 9/9/22

Jeffery Barrett
Kimberly Barrett
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010